**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02157-LTB-CBS

DANNY MARTIN,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF GARFIELD COUNTY, COLORADO,
SHERIFF LOUIS VALLARIO, in his individual and official capacity,
FORMER OFFICER BRANDON PARISCOFF, in his individual and official capacity,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Voluntary Dismissal of Claims Against Board of County Commissioners of Garfield County, Colorado (Doc 10 - filed November 26, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED as to Defendant Board of County Commissioners of Garfield County, Colorado only,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:   December 1, 2008