**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02157-LTB-CBS

DANNY MARTIN,

    Plaintiff,

v.

SHERIFF LOUIS VALLARIO, in his individual and official capacity; and
FORMER OFFICER BRANDON PARISCOFF, in his individual and official capacity,

    Defendants.

___

**ORDER**
___

    THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice of Sheriff Louis Vallario, in his individual capacity, and Former Officer Brandon Pariscoff, in his individual and official capacity (Doc 26 - filed February 23, 2009), and the Court being fully advised in the premises, it is therefore

    ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Sheriff Louis Vallario, in his individual capacity, and Former Officer Brandon Pariscoff, in his individual and official capacity ,** each party to pay their own fees and costs.

                      BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED: February 25, 2009