# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-02157-LTB-CBS

DANNY MARTIN,

    Plaintiff,

v.

SHERIFF LOUIS VALLARIO, in his official capacity,

    Defendant.

___

## ORDER
___

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice of Sheriff Louis Vallario, in his official capacity (Doc 28 - filed March 20, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Sheriff Louis Vallario, in his official capacity,** each party to pay their own fees and costs.

    BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: March 23, 2009